UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
JUL 25 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. **4:19CR00573 SRC/JMB** |
| ) | |
| TERRANCE ADAMS, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I
### (Mann Act)

The Grand Jury charges:

On or about July 9, 2019, within the Eastern District of Missouri and elsewhere, the defendant,

**TERRANCE ADAMS,**

did knowingly transport, an individual in interstate commerce from the State of Florida to the State of Missouri with the intent that such individual engage in the business of prostitution in violation of a criminal offense under the laws of Missouri Statute.

In violation of Title 18, United States Code, Section 2421(a).

A TRUE BILL.


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
DIANNA R. COLLINS, #59641
Assistant United States Attorney